| | |
|---|---|
| **CLARKSON LAW FIRM, P.C.** | **McDERMOTT WILL & EMERY LLP** |
| Glenn A. Danas (SBN 270317) | Joshua B. Simon |
| gdanas@clarksonlawfirm.com | jsimon@mwe.com |
| Shireen M. Clarkson (SBN 237882) | Warren Haskel |
| sclarkson@clarksonlawfirm.com | whaskel@mwe.com |
| Zarrina Ozari (SBN 334443) | Dmitriy Tishyevich (SBN 275766) |
| zozari@clarksonlawfirm.com | dtishyevich@mwe.com |
| Katelyn M. Leeviraphan (SBN 348549) | John J. Song |
| kleeviraphan@clarksonlawfirm.com | jsong@mwe.com |
| 22525 Pacific Coast Highway | Chelsea Cosillos |
| Malibu, CA 90265 | ccosillos@mwe.com |
| Tel: (213) 788-4050 | One Vanderbilt Avenie |
| Fax: (213) 788-4070 | New York, NY 10017-3852 |
| | Tel: (212) 547-5400 |
| *Attorneys for Plaintiffs* | Fax: (212) 547-5444 |
| | |
| | *Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE KISTING-LEUNG and AYESHA SMILEY, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01477-DAD-KJN<br><br>**JOINT STIPULATION TO FILE FIRST AMENDED CLASS ACTION COMPLAINT PURSUANT TO FRCP 15(a)(2); [PROPOSED] ORDER**<br><br>Complaint Filed Date:    July 24, 2023<br>Trial Date: Not Set |

Plaintiffs Suzanne Kisting-Leung and Ayesha Smiley, and Defendants Cigna Corporation and Cigna Health and Insurance Company submit the following joint stipulation and request that the Court grant Plaintiffs leave to file a First Amended Class Action Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure:

**WHEREAS**, Plaintiffs filed their Class Action Complaint in this action on July 24, 2023;

**WHEREAS**, Defendants filed an unopposed motion for administrative relief for extension of time to answer, move, or otherwise respond to Complaint on August 7, 2023;

**WHEREAS**, the Court granted Defendants' unopposed motion for administrative relief for extension of time to answer, move, or otherwise respond to Complaint and set the deadline for Defendants to file a response to Complaint by September 29, 2023;

**WHEREAS**, the parties have met and conferred regarding certain allegations in this litigation and agreed to allow Plaintiffs to file the Fist Amended Complaint to provide additional details pertaining to their claims.

**WHEREAS**, the parties agreed that Plaintiffs shall have until October 16, 2023, to file the First Amended Complaint.

**WHEREAS**, the parties agreed that Defendants shall have until November 30, 2023, to answer, move, or otherwise respond to the First Amended Complaint.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** between the parties hereto, through their respective attorneys of record, that:

1. Plaintiffs may, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, file an amended complaint in the form of the First Amended Complaint on or before October 16, 2023;

2. Defendants' responsive pleading shall be due on or before November 30, 2023.

Respectfully submitted,

DATED: September 14, 2023                    **CLARKSON LAW FIRM, P.C.**


By: */s/ Glenn A. Danas*

    Glenn A. Danas (SBN 270317)
    gdanas@clarksonlawfirm.com
    Shireen M. Clarkson (SBN 237882)
    sclarkson@clarksonlawfirm.com
    Zarrina Ozari (SBN 334443)
    zozari@clarksonlawfirm.com
    22525 Pacific Coast Highway
    Malibu, CA 90265
    Tel: (213) 788-4050
    Fax: (213) 788-4070

*Attorneys for Plaintiffs*


DATED: September 14, 2023                    **McDERMOTT WILL & EMERY LLP**


By: */s/ John J. Song* (as authorized on 9/13/2023)

    Joshua B. Simon
    jsimon@mwe.com
    Warren Haskel
    whaskel@mwe.com
    Dmitriy Tishyevich (SBN 275766)
    dtishyevich@mwe.com
    John J. Song
    jsong@mwe.com
    Chelsea Cosillos
    ccosillos@mwe.com
    One Vanderbilt Avenie
    New York, NY 10017-3852
    Tel: (212) 547-5400
    Fax: (212) 547-5444

**ORDER**

The Court having reviewed the parties' Joint Stipulation to File First Amended Class Action Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, and for good cause appearing, **IT IS HEREBY ORDERED** that Plaintiffs are granted leave to file the First Amended Complaint on or before October 16, 2023.

**IT IS FURTHER SO ORDERED** that Defendants' responsive pleading shall be filed on or before November 30, 2023.

**IT IS SO ORDERED**

DATED:_____, 2023

Honorable Dale A. Drozd
United States District Judge