**CLARKSON LAW FIRM, P.C.**
Glenn A. Danas (SBN 270317)
gdanas@clarksonlawfirm.com
Shireen M. Clarkson (SBN 237882)
sclarkson@clarksonlawfirm.com
Zarrina Ozari (SBN 334443)
zozari@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

**McDERMOTT WILL & EMERY LLP**
Joshua B. Simon*
jsimon@mwe.com
Warren Haskel*
whaskel@mwe.com
Dmitriy Tishyevich (SBN 275766)
dtishyevich@mwe.com
John J. Song*
jsong@mwe.com
Chelsea Cosillos*
ccosillos@mwe.com
One Vanderbilt Avenue
New York, NY 10017-3852
Tel: (212) 547-5400
Fax: (212) 547-5444

*Admitted *pro hac vice*

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE KISTING-LEUNG, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01477-DAD-KJN<br><br>**JOINT STIPULATION FOR PLAINTIFF TO FILE SECOND AMENDED CLASS ACTION COMPLAINT PURSUANT TO FRCP 15(a)(2); [PROPOSED] ORDER**<br><br>Complaint Filed:   July 24, 2023<br>Judge:   Hon. Dale A. Drozd<br>Trial Date:   Not Set |

Clarkson Law Firm, P.C.  |  22525 Pacific Coast Highway, Malibu, CA 90265  |  P: (213) 788-4050  F: (213) 788-4070  |  clarksonlawfirm.com

Plaintiff Suzanne Kisting-Leung and Defendants Cigna Corporation and Cigna Health and Insurance Company submit the following joint stipulation and request that the Court grant Plaintiff leave to file a Second Amended Class Action Complaint ("SAC") pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure:

**WHEREAS**, Plaintiff filed her Class Action Complaint ("Original Complaint")  in this action on July 24, 2023;

**WHEREAS**, Defendants filed an unopposed motion for administrative relief for extension of time to answer, move, or otherwise respond to the Original Complaint on August 7, 2023;

**WHEREAS**, the Court granted Defendants' unopposed motion for administrative relief for extension of time to answer, move, or otherwise respond to the Original Complaint and set the deadline for Defendants to file a response to the Original Complaint by September 29, 2023;

**WHEREAS**, on September 14, 2023, the parties filed the joint stipulation for leave for Plaintiff to file the First Amended Class Action Complaint ("FAC") by October 16, 2023;

**WHEREAS**, the Court granted the joint stipulation to allow Plaintiff to file the FAC by October 16, 2023;

**WHEREAS**, Plaintiff filed her FAC on October 16, 2023;

**WHEREAS**, on Wednesday, November 22, 2023, the parties met and conferred regarding the arguments Cigna intended to raise in its anticipated motion to dismiss the FAC, in accordance with this Court's Standing Order in Civil Cases, Order I.C, including Cigna's arguments as to whether Plaintiff has Article III standing;

**WHEREAS**, counsel for Plaintiff advised that they intend to file a SAC that would add one new class representative and also provide additional details pertaining to her claims and to the class allegations, and counsel for Cigna advised that Cigna does not object to Plaintiff seeking leave to file the SAC;

**WHEREAS**, the parties agreed that Plaintiff shall have until December 18, 2023, to file the SAC; and

JOINT STIPULATION FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT
CLASS ACTION COMPLAINT PURSUANT TO FRCP 15(a)(2)
CASE NO. 2:23-CV-01477-DAD-KJN

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050  F: (213) 788-4070 | clarksonlawfirm.com

**WHEREAS**, the parties agreed that Defendants shall have until February 1, 2024, to answer, move, or otherwise respond to the SAC.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** between the parties hereto, through their respective attorneys of record, that:

1.      Plaintiff may, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, file an amended complaint in the form of the SAC on or before December 18, 2023;

2.      Defendants shall have until February 1, 2024, to answer, move, or otherwise respond to the SAC.

Respectfully submitted,

JOINT STIPULATION FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT
CLASS ACTION COMPLAINT PURSUANT TO FRCP 15(a)(2)
CASE NO. 2:23-CV-01477-DAD-KJN

1   DATED: November 28, 2023          **CLARKSON LAW FIRM, P.C.**

2

3                                      By: _/s/ Glenn A. Danas_

4                                          Glenn A. Danas (SBN 270317)
                                           gdanas@clarksonlawfirm.com
5                                          Shireen M. Clarkson (SBN 237882)
                                           sclarkson@clarksonlawfirm.com
6                                          Zarrina Ozari (SBN 334443)
                                           zozari@clarksonlawfirm.com
7                                          22525 Pacific Coast Highway
                                           Malibu, CA 90265
8                                          Tel: (213) 788-4050
                                           Fax: (213) 788-4070
9
                                           *Attorneys for Plaintiff*
10

11  DATED: November 28, 2023          **McDERMOTT WILL & EMERY LLP**

12

13                                     By: _/s/ Dmitriy Tishyevich_

14                                         Joshua B. Simon*
                                           jsimon@mwe.com
15                                         Warren Haskel*
                                           whaskel@mwe.com
16                                         Dmitriy Tishyevich (SBN 275766)
                                           dtishyevich@mwe.com
17                                         John J. Song*
                                           jsong@mwe.com
18                                         Chelsea Cosillos*
                                           ccosillos@mwe.com
19                                         One Vanderbilt Avenue
                                           New York, NY 10017-3852
20                                         Tel: (212) 547-5400
                                           Fax: (212) 547-5444
21

22                                         *Admitted *pro hac vice*

23                                         *Attorneys for Defendants*

24

25

26

27
                                           3
28  JOINT STIPULATION FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT
    CLASS ACTION COMPLAINT PURSUANT TO FRCP 15(a)(2)
    CASE NO. 2:23-CV-01477-DAD-KJN

Clarkson Law Firm, P.C.  |  22525 Pacific Coast Highway, Malibu, CA 90265  |  P: (213) 788-4050  F: (213) 788-4070  |  clarksonlawfirm.com

1

## [PROPOSED] ORDER

2      The Court, having reviewed the parties' Joint Stipulation for Plaintiff to file the Second

3  Amended Class Action Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil

4  Procedure, and for good cause appearing, **IT IS HEREBY ORDERED** that Plaintiff is granted

5  leave to file the Second Amended Complaint on or before December 18, 2023.

6      **IT IS FURTHER SO ORDERED** that Defendants shall have until February 1, 2024, to

7  answer, move, or otherwise respond to the SAC.

8      **IT IS SO ORDERED**

9

10  DATED:_____, 2023          _____

11                                           Honorable Dale A. Drozd
                                             United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

4

JOINT STIPULATION FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT
CLASS ACTION COMPLAINT PURSUANT TO FRCP 15(a)(2)
CASE NO. 2:23-CV-01477-DAD-KJN