William P. Donovan, Jr. (SBN 155881)
**McDERMOTT WILL & EMERY LLP**
wdonovan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone:  (310) 277-4110
Facsimile:   (310) 277-4730

Joshua B. Simon*
jsimon@mwe.com
Warren Haskel*
whaskel@mwe.com
Dmitriy Tishyevich (SBN 275766)
dtishyevich@mwe.com
John J. Song*
jsong@mwe.com
Chelsea Cosillos*
ccosillos@mwe.com
**McDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone:  (212) 547-5400
Facsimile:   (212) 547-5444
*Admitted *Pro Hac Vice*

*Attorneys for Defendants
The Cigna Group (f/k/a Cigna Corporation) and
Cigna Health and Life Insurance Company*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUZANNE KISTING-LEUNG, SAMANTHA DABABNEH, RANDALL RENTSCH, and CHRISTINA THORNHILL, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01477-DAD-KJN<br><br>**DECLARATION OF DMITRIY TISHYEVICH IN SUPPORT OF CIGNA'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Date: June 4, 2024<br>Time: 1:30 P.M.<br>Judge Hon. Dale A. Drozd<br>Courtroom:  4, 15th floor<br>Sec. Am. Complaint Filed: December 18, 2023 |

I, Dmitriy Tishyevich, hereby declare:

1. I am a partner of the firm McDermott Will & Emery LLP, attorneys for Defendants The Cigna Group and Cigna Health and Life Insurance Company (collectively, "Cigna"). I have personal knowledge of the facts stated herein, and if called as a witness, could and would testify competently thereto. I submit this Declaration in support of Cigna's Motion to Dismiss.

2. Attached hereto as Exhibit A is a true and correct copy of the Cigna website, available at www.cigna.com, accessed on January 31, 2024.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the AMDOCS, Inc. health benefit plan applicable to the claims at issue for Plaintiff Suzanne Kisting-Leung.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the Sunrun, Inc. health benefit plan applicable to the claim at issue for Plaintiff Samantha Dababneh.

5. Attached hereto as Exhibit D and Exhibit E are true and correct copies of excerpts from the Lennar Corporation health benefit plans applicable to the claims at issue for Plaintiff Randall Rentsch.

6. Attached hereto as Exhibit F is a true and correct copy of excerpts from the Becton Dickinson health benefit plan applicable to the claim at issue for Plaintiff Cristina Thornhill.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 1, 2024         */s/ Dmitriy Tishyevich*
                                 Dmitriy Tishyevich