| | |
|---|---|
| Glenn A. Danas (SBN 270317) | Joshua B. Simon* |
| gdanas@clarksonlawfirm.com | jsimon@mwe.com |
| Shireen M. Clarkson (SBN 237882) | Warren Haskel* |
| sclarkson@clarksonlawfirm.com | whaskel@mwe.com |
| Zarrina Ozari (SBN 334443) | Dmitriy Tishyevich (SBN 275766) |
| zozari@clarksonlawfirm.com | dtishyevich@mwe.com |
| **CLARKSON LAW FIRM, P.C.** | Josh J. Song* |
| 22525 Pacific Coast Highway | jsong@mwe.com |
| Malibu, CA 90265 | Chelsea Cosillos* |
| Tel: (213) 788-4050 | ccosillos@mwe.com |
| Fax: (213) 788-4070 | **McDERMOTT WILL & EMERY LLP** |
| | One Vanderbilt Avenue |
| *Attorneys for Plaintiffs* | New York, NY 10017-3852 |
| | Tel: (212) 547-5400 |
| | Fax: (212) 547-5444 |
| | *Admitted Pro Hac Vice |
| | *Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE KISTING-LEUNG, SAMANTHA DABABNEH, RANDALL RENTSCH, and CHRISTINA THORNHILL, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 2:23-cv-01477-DAD-KJN<br><br>**JOINT STIPULATION TO CONTINUE DEFENDANTS' MOTION TO DISMISS HEARING AND EXTEND BRIEFING SCHEDULE**<br><br>SAC Filed: December 18, 2023<br>Judge: Hon. Dale A. Drozd<br>Trial Date: Not Set |

Plaintiffs Suzanne Kisting-Leung, Samantha Dababneh, Randall Rentsch, and Christina Thornhill, and Defendants Cigna Corporation and Cigna Health and Insurance Company, by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, Plaintiffs filed their Class Action Complaint ("Original Complaint") in this action on July 24, 2023;

**WHEREAS**, Defendants filed an unopposed motion for administrative relief for an extension of time to answer, move, or otherwise respond to the Original Complaint on August 7, 2023;

**WHEREAS**, the Court granted Defendants' unopposed motion for administrative relief for extension of time to answer, move, or otherwise respond to the Original Complaint and set the deadline for Defendants to file a response to the Original Complaint by September 29, 2023;

**WHEREAS**, on September 14, 2023, the parties filed the joint stipulation for leave for Plaintiffs to file the First Amended Class Action Complaint ("FAC") by October 16, 2023;

**WHEREAS**, the Court granted the joint stipulation to allow Plaintiffs to file the FAC by October 16, 2023;

**WHEREAS**, Plaintiffs filed their FAC on October 16, 2023;

**WHEREAS**, on November 28, 2023, the parties filed the joint stipulation for leave for Plaintiffs to file the Second Amended Class Action Complaint ("SAC") by December 18, 2023;

**WHEREAS**, Plaintiffs filed their SAC on December 18, 2023;

**WHEREAS,** Defendant filed their Motion to Dismiss on February 1, 2024, and set the hearing date for June 4, 2024;

**WHEREAS,** Plaintiffs' Opposition to Defendants' Motion to Dismiss is due on February 15, 2024;

**WHEREAS**, the Parties met and conferred and agreed to continue the hearing date and agreed to extend the briefing schedule as follows:

1. Plaintiffs may have an extension until May 6, 2024 to file and serve their opposition to Defendants' Motion to Dismiss.

2. Defendants shall file and serve their reply brief by May 28, 2024.

1
JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS AND EXTEND BRIEFING SCHEDULE

3. Defendants' Motion to Dismiss Hearing will be continued from June 4, 2024 to June 18, 2024.

Respectfully submitted,

DATED: February 9, 2024  **CLARKSON LAW FIRM, P.C.**

By: */s/ Glenn Danas*
Glenn A. Danas (SBN 270317)
gdanas@clarksonlawfirm.com
Shireen M. Clarkson (SBN 237882)
sclarkson@clarksonlawfirm.com
Zarrina Ozari (SBN 334443)
zozari@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiffs*

DATED: February 9, 2024  **McDERMOTT WILL & EMERY LLP**

By: */s/ Dmitriy Tishyevich*
Joshua B. Simon
jsimon@mwe.com
Warren Haskel
whaskel@mwe.com
Dmitriy Tishyevich (SBN 275766)
dtishyevich@mwe.com
Josh J. Song
jsong@mwe.com
Chelsea Cosillos
ccosillos@mwe.com
One Vanderbilt Avenue
New York, NY 10017-3852
Tel: (212) 547-5400
Fax: (212) 547-5444

*Attorneys for Defendants*

## **[PROPOSED] ORDER**

The Court having reviewed the parties' Joint Stipulation to Continue Defendants' Motion to Dismiss Hearing and Extend Briefing Schedule, and for good cause appearing, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss hearing is set for June 18, 2024 at 1:30 P.M.

**IT IS FURTHER SO ORDERED** that Plaintiffs' opposition shall be filed on or before May 6, 2024 and Defendants' reply shall be filed on or before May 28, 2024.

**IT IS SO ORDERED**

DATED:_____,2024

_____
Honorable Dale A. Drozd
United States District Judge