Jason D. Strabo (SBN 246426)
**McDERMOTT WILL & SCHULTE LLP**
jstrabo@mcdermottlaw.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone:   (310) 277-4110
Facsimile:   (310) 277-4730

Joshua B. Simon*
jsimon@mcdermottlaw.com
Warren Haskel*
whaskel@mcdermottlaw.com
Dmitriy Tishyevich (SBN 275766)
dtishyevich@mcdermottlaw.com
Richard W. Nicholson, Jr.*
rnicholson@mcdermottlaw.com
John J. Song*
jsong@mcdermottlaw.com
Caroline Incledon*
cincledon@mcdermottlaw.com
Chelsea Cosillos*
ccosillos@mcdermottlaw.com
Cindy D. Ham*
cham@mcdermottlaw.com
Ashley A. Cardenas*
acardenas@mcdermottlaw.com
**McDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone:   (212) 547-5400
Facsimile:   (212) 547-5444

*Admitted *Pro Hac Vice*

*Attorneys for Defendants*

Glenn A. Danas (SBN 270317)
gdanas@clarksonlawfirm.com
Shireen M. Clarkson (SBN 237882)
sclarkson@clarksonlawfirm.com
Zarrina Ozari (SBN 334443)
zozari@clarksonlawfirm.com
Michael A. Boelter (SBN 353529)
mboelter@clarksonlawfirm.com
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone:  (213) 788-4050
Facsimile:   (213) 788-4070

Karen Hanson Riebel*
khriebel@locklaw.com
David W. Asp*
dwasp@locklaw.com
Simeon A. Morbey*
samorbey@locklaw.com
Derek C. Waller*
dcwaller@locklaw.com
Emma Ritter Gordon*
erittergordon@locklaw.com
**LOCKRIDGE GRINDAL NAUEN PLLC**
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| KISTING-LEUNG, *et al*., | CASE NO. 2:23-cv-01477-DAD-CSK |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER TO EXTEND INTERIM DISCOVERY DEADLINES** |
| v. | |
| CIGNA CORPORATION, *et al*., | |
| Defendants. | |

Having considered the Parties Joint Stipulation and [Proposed] Order to Extend Interm Discovery Deadlines, the Court HEREBY ORDERS as follows:

| Revised Deadline | Event |
| --- | --- |
| May 22, 2026 | Parties complete outstanding document production[1] |
| June 12, 2026 | Parties produce privilege logs |
| July 6, 2026 | Parties complete document productions for subsequent discovery requests |
| September 30, 2026 | Parties complete party fact depositions |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: <u>May 1, 2026</u>                    By: _____

Hon. Chi Soo Kim
United States Magistrate Judge

---

[1] (1) This deadline applies to document requests that a party has already served.  If a party chooses to propound additional document requests, they must do so by this deadline without waiver of the opposing party's right to object to any such requests, including to the extent that it believes that any new requests are impractical and/or overly burdensome in light of the time left for discovery; (2) The Parties agree that nonparty discovery is exempt from this deadline, as are documents a party agrees to produce pursuant to any ongoing or future meet and confer negotiations; (3) Documents ordered to be produced as the result of a motion to compel or a motion challenging privilege designation are exempted from this deadline, although any discovery disputes should be brought to the Court within 45 days before the close of fact discovery.

- 1 -

[PROPOSED] ORDER TO EXTEND INTERIM DISCOVERY DEADLINES
CASE NO. 2:23-CV-01477-DAD-CSK