

United States District Court
Eastern District of California

SUZANNE KISTING-LEUNG, et al.

Plaintiff(s)

V.

CIGNA CORPORATION, et al.

Defendant(s)

Case Number: 2:23-cv-01477-DAD-CSK

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Derek Y. Brandt hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

SUZANNE KISTING-LEUNG, et al. (Plaintiffs)

On _____11/09/1995_____ (date), I was admitted to practice and presently in good standing in the _____Illinois Supreme Court_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: _____06/08/2026_____     Signature of Applicant: /s/ _____Derek Y. Brandt_____

**Pro Hac Vice Attorney**

Applicant's Name:      Derek Y. Brandt

Law Firm Name:      Clarkson Law Firm, P.C.

Address:      875 North Michigan Avenue, 31st Floor

City: Chicago    State: IL    Zip: 60611

Phone Number w/Area Code: (312) 300-6820

City and State of Residence: Edwardsville, IL

Primary E-mail Address: dbrandt@clarksonlawfirm.com

Secondary E-mail Address: dbrandt@clarksonlawfirm.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:      Glenn Danas

Law Firm Name:      Clarkson Law Firm, P.C.

Address:      22525 Pacific Coast Highway

City: Malibu    State: CA    Zip: 90265

Phone Number w/Area Code: (213) 788-4050    Bar # 270317

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 9, 2026

_Dale A. Drozd_

JUDGE, U.S. DISTRICT COURT