

United States District Court
Eastern District of California

| SUZANNE KISTING-LEUNG, et al. |
| --- |

Plaintiff(s)

Case Number: 2:23-cv-01477-DAD-CSK

V.

| CIGNA CORPORATION, et al. |
| --- |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Larkin C. Turner
hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
SUZANNE KISTING-LEUNG, et al. (Plaintiffs)

On _____06/01/2026_____ (date), I was admitted to practice and presently in good standing in the
U.S. District Court for the District of Columbia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: _____06/12/2026_____    Signature of Applicant: /s/ Larkin C. Turner

**Pro Hac Vice Attorney**

Applicant's Name: Larkin C. Turner

Law Firm Name: Clarkson Law Firm, P.C.

Address: 1050 Connecticut Ave NW, Ste. 500

City: Washington    State: DC    Zip: 20036

Phone Number w/Area Code: _____

City and State of Residence: Washington, DC

Primary E-mail Address: lturner@clarksonlawfirm.com

Secondary E-mail Address: lturner@clarksonlawfirm.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Glenn Danas

Law Firm Name: Clarkson Law Firm, P.C.

Address: 22525 Pacific Coast Highway

City: Malibu    State: CA    Zip: 90265

Phone Number w/Area Code: (213) 788-4050    Bar # 270317

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 15, 2026

_____
JUDGE, U.S. DISTRICT COURT