

# United States District Court
# Eastern District of California

| | |
|---|---|
| Suzanne Kisting-Leung, et al., | |
| Plaintiff(s) | Case Number: 2:23-cv-01477-DAD-CSK |
| V. | |
| Cigna Corporation, et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, John Kiehl hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

The Cigna Group (f/k/a Cigna Corporation) and Cigna Health and Life Insurance Company

On _____05/28/2025_____ (date), I was admitted to practice and presently in good standing in the _____State of New York_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

N/A

Date: _____07/01/2026_____     Signature of Applicant: /s/ John Kiehl

**Pro Hac Vice Attorney**

Applicant's Name: John Kiehl

Law Firm Name: McDermott Will & Schulte LLP

Address: One Vanderbilt Avenue

City: New York     State: NY     Zip: 10017-3852

Phone Number w/Area Code: (212) 547-5557

City and State of Residence: Brooklyn, New York

Primary E-mail Address: jkiehl@mcdermottlaw.com

Secondary E-mail Address: edellon@mcdermottlaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Dmitriy Tishyevich

Law Firm Name: McDermott Will & Schulte LLP

Address: One Vanderbilt Avenue

City: New York     State: NY     Zip: 10017-3852

Phone Number w/Area Code: (212) 547-5534     Bar # 275766

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 2, 2026

*Dale A. Drozd*

JUDGE, U.S. DISTRICT COURT