# United States District Court
# Eastern District of California

SUZANNE KISTING-LEUNG, et al.

Plaintiff(s)

V.

CIGNA CORPORATION, et al.

Defendant(s)

Case Number: 2:23-cv-01477-DAD-CSK

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Grace Chanin hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

SUZANNE KISTING-LEUNG, et al. (Plaintiffs)

On 10/26/2018 (date), I was admitted to practice and presently in good standing in the Minnesota Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/09/2026 Signature of Applicant: /s/ Grace Chanin

**Pro Hac Vice Attorney**

Applicant's Name: Grace Chanin

Law Firm Name: Clarkson Law Firm, P.C.

Address: 875 North Michigan Avenue, 31st Floor

City: Chicago State: IL Zip: 60611

Phone Number w/Area Code: (213) 313-1437

City and State of Residence: Hopkins, Minnesota

Primary E-mail Address: gchanin@clarksonlawfirm.com

Secondary E-mail Address: gchanin@clarksonlawfirm.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Glenn Danas

Law Firm Name: Clarkson Law Firm, P.C.

Address: 22525 Pacific Coast Highway

City: Malibu State: CA Zip: 90265

Phone Number w/Area Code: (213) 788-4050 Bar # 270317

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 9, 2026

Dale A. Drozd
JUDGE, U.S. DISTRICT COURT