UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUZANNE KISTING-LEUNG, et al.,

Plaintiffs,

v.

CIGNA CORPORATION, et al.,

Defendants.

No. 2:23-cv-01477-DAD-KJN

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO ENLARGE PAGE LIMITS FOR CLASS CERTIFICATION BRIEFING

(Doc. No. 105)

On October 16, 2026, plaintiffs filed a motion to enlarge the page limits for the parties' briefing on class certification. (Doc. No. 105.) In that motion, plaintiffs request that (1) "[p]laintiffs' memorandum of points and authorities in support of the Motion for Class Certification shall not exceed 35 pages (rather than 25)," (2) "[d]efendants' memorandum in opposition shall not exceed 40 pages (rather than 25)," and (3) "Plaintiffs' reply shall not exceed 20 pages (rather than 15)." (*Id.* at 2.) Plaintiffs represent that defendants do not oppose the requested relief. (*Id.* at 3.) To date, defendants have not filed an opposition to plaintiffs' motion.

The undersigned's standing order in this action provides that "all moving and opposition briefs or legal memorandum in civil cases shall not exceed 25 pages. Reply briefs filed by moving parties shall not exceed 15 pages." (Doc. No. 4-1 at 2.) It appears then that, in light of

the page limits set by this court's standing order, plaintiffs are requesting an additional ten pages for their initial motion briefing, fifteen pages for defendants' opposition, and five pages for the reply brief. Plaintiffs contend that the requested relief is "modest" given that they seek to certify two classes "on a substantial evidentiary record that necessarily overlaps with the merits." (*Id.* at 2–3.) Accordingly, the court finds good cause to increase the relevant page limits as requested pursuant to the parties' apparent agreement to that extension.

For the reasons above, the court GRANTS plaintiffs' motion for an increased page limit (Doc. No. 105). Accordingly, plaintiffs may file a motion for class certification not to exceed thirty-five (35) pages, defendants may file an opposition thereto not to exceed forty (40) pages, and plaintiffs may file a reply thereto not to exceed twenty (20) pages.

IT IS SO ORDERED.

Dated: **October 19, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE