Glenn A. Danas (SBN 270317)
gdanas@clarksonlawfirm.com
Shireen M. Clarkson (SBN 237882)
sclarkson@clarksonlawfirm.com
Zarrina Ozari (SBN 334443)
zozari@clarksonlawfirm.com
Michael A. Boelter (SBN 353529)
mboelter@clarksonlawfirm.com
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050
Facsimile: (213) 788-4070

Karen Hanson Riebel*
khriebel@locklaw.com
David W. Asp*
dwasp@locklaw.com
Simeon A. Morbey*
samorbey@locklaw.com
Derek C. Waller*
dcwaller@locklaw.com
Emma Ritter Gordon*
erittergordon@locklaw.com
**LOCKRIDGE GRINDAL NAUEN PLLC**
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

Jason D. Strabo (SBN 246426)
**MCDERMOTT WILL & SCHULTE LLP**
jstrabo@mcdermottlaw.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277-4110
Facsimile: (310) 277-4730

Joshua B. Simon*
jsimon@mcdermottlaw.com
Warren Haskel*
whaskel@mcdermottlaw.com
Dmitriy Tishyevich (SBN 275766)
dtishyevich@mcdermottlaw.com
Richard W. Nicholson, Jr.*
rnicholson@mcdermottlaw.com
John J. Song*
jsong@mcdermottlaw.com
Caroline Incledon*
cincledon@mcdermottlaw.com
Chelsea Cosillos*
ccosillos@mcdermottlaw.com
Cindy D. Ham*
cham@mcdermottlaw.com
Ashley A. Cardenas*
acardenas@mcdermottlaw.com
Chabely Pimentel*
cpimentel@mcdermottlaw.com
John Kiehl*
jkiehl@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Admitted *Pro Hac Vice*

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

KISTING-LEUNG, *et al.*,

Plaintiffs,

v.

CIGNA CORPORATION, *et al.*,

Defendants.

Case No. 2:23-cv-01477-DAD-CSK

**JOINT MOTION FOR ADMINISTRATIVE RELIEF FOR EXTENSION OF TIME TO SUBMIT REQUEST TO SEAL**

Pursuant to Civil Local Rules 144 and 233 of the Eastern District of California and Federal Rule of Civil Procedure 6(b), The Cigna Group (f/k/a Cigna Corporation) and Cigna Health and Life Insurance Company (together, "Defendants") and Plaintiffs Samantha Dababneh and Randall Rentsch ("Plaintiffs") (collectively, the "Parties"), by and through their counsel, hereby move for an order granting Defendants an extension of time to file a Notice of Request to Seal Documents and submit their Request to Seal Documents pursuant to Local Rule 141, on the following grounds:

1. Plaintiffs' anticipated Motion for Class Certification is due to be filed on October 29, 2026. (ECF No. 98.)

2. The Court's Standing Order in Civil Cases § V states that "No document will be sealed, nor shall a redacted be filed, without the prior approval of the court," and that "[t]he court will only consider requests to seal or redact filed by the proponent of sealing or redaction."

3. The Court's Standing Order, § V, continues: "If a party plans to make a filing that includes material an opposing party has identified as confidential and potentially subject to sealing or redacting, the filing party shall provide the opposing party with sufficient notice in advance of filing to allow for the seeking of an order of sealing or redaction from the court."

4. Plaintiffs anticipate including as Exhibits to their Motion for Class Certification numerous documents produced by Defendants and/or testimony of Defendants' witnesses that contain personal health information and/or that were designated by Defendants as Confidential or Highly Confidential – Attorneys' Eyes Only under the Parties' Stipulated Protective Order (ECF No. 67). Plaintiffs also anticipate that the Motion for Class Certification itself may cite from, summarize, or refer to information designated by Defendants as Confidential or Highly Confidential – Attorneys' Eyes Only. Defendants believe there will be "compelling reasons" to keep many of these documents under seal or to redact them. *Pintos v. Pacific Creditors Ass'n*, 605 F.3d 665, 679 n.6 (9th Cir. 2010).

5. However, given that the list of exhibits Plaintiffs intend to include with their Motion for Class Certification may change before, and up to, the filing deadline, and given the volume of anticipated Exhibits, Plaintiffs will not reasonably be able to provide Defendants with sufficient notice in advance of the filing to allow Defendants to seek an order of sealing from the Court prior to October 29, 2026. Since the Standing Order requires advance notice so that a sealing request can

be decided before filing, but sufficient advance notice is not practicable here, good cause exists for the requested relief.

6. The Parties therefore respectfully request that Plaintiffs be permitted to file their Motion for Class Certification with redactions to any material designated Confidential or Highly Confidential – Attorneys' Eyes Only by Defendants, and to file any Exhibits containing material designated Confidential or Highly Confidential – Attorneys' Eyes Only by Defendants with slip sheets saying the Exhibits contain information designated Confidential or Highly Confidential – Attorneys' Eyes Only by Defendants. For the avoidance of doubt, Plaintiffs will not file any of Defendants' Confidential or Highly Confidential – Attorneys' Eyes Only information on the docket. Concurrently with the filing, Plaintiffs will email the Court, copying counsel for Defendants, an unredacted version of their Motion for Class Certification, as well as copies of any Exhibits containing material designated Confidential or Highly Confidential – Attorneys' Eyes Only by Defendants that were filed with a slip sheet.

7. Defendants further respectfully request that they then be permitted to file their Notice of Request to Seal Documents, and email the Court, copying counsel for Plaintiffs, their Request to Seal Documents, in addition to all documents covered by the Request to Seal Documents, two weeks after the Motion for Class Certification is filed, on November 12, 2026.

8. This Motion will not alter any other deadlines for briefing on class certification. The Parties have previously requested, and been granted, extensions (1) of the class certification briefing and expert discovery deadlines on April 29, 2026 (ECF Nos. 83, 84), (2) of interim discovery deadlines for document production, privilege logs and fact depositions on May 1, 2026 (ECF Nos. 85, 86), and (3) of the deadlines to complete document production, depositions, class certification briefing, and expert discovery on August 26, 2026 (ECF Nos. 97, 98). Another request for extension – seeking an extension of time for discovery related to a newly proposed named Plaintiff, and related to discrete depositions of remaining witnesses, but not otherwise altering the deadlines for class certification and expert discovery – was filed on September 30, 2026 (ECF No. 101) and is pending before the Court.

9. This motion is made in good faith and not for the purpose of hindrance or undue delay.

The Parties thus respectfully request that the Court grant this Motion such that (1) On October 29, 2026, Plaintiffs are to file their Motion for Class Certification with redactions to any material designated Confidential or Highly Confidential – Attorneys' Eyes Only by Defendants, and will solely file any Exhibits containing information designated Confidential or Highly Confidential – Attorneys' Eyes Only by Defendants with slip sheets saying that they contain information designated Confidential or Highly Confidential – Attorneys' Eyes Only by Defendants. Concurrently with the filing, Plaintiffs will email the Court, copying counsel for Defendants, an unredacted version of their Motion for Class Certification, as well as copies of any Exhibits containing material designated Confidential or Highly Confidential – Attorneys' Eyes Only by Defendants that were filed with a slip sheet, and (2) Defendants' Request to Seal Documents, which will address the sealing of Defendants' Confidential or Highly Confidential – Attorneys' Eyes Only information submitted in connection with Plaintiffs' Motion for Class Certification, is due on November 12, 2026. A proposed order granting this relief is submitted herewith.

Dated: October 28, 2026

*/s/ Glenn A. Danas*

Glenn A. Danas (SBN 270317)
Shireen M. Clarkson (SBN 237882)
Zarrina Ozari (SBN 334443)
Michael A. Boelter (SBN 353529)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050
Facsimile: (213) 788-4070
gdanas@clarksonlawfirm.com
sclarkson@clarksonlawfirm.com
zozari@clarksonlawfirm.com
mboelter@clarksonlawfirm.com

Karen Hanson Riebel*
David W. Asp*
Simeon A. Morbey*
Derek C. Waller*
Emma Ritter Gordon*
**LOCKRIDGE GRINDAL NAUEN PLLC**
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
khriebel@locklaw.com

Respectfully submitted,

*/s/ Caroline Incledon*

Joshua B. Simon*
Warren Haskel*
Dmitriy Tishyevich (SBN 275766)
Richard W. Nicholson, Jr.*
John J. Song*
Caroline Incledon*
Chelsea Cosillos*
Cindy D. Ham*
Ashley A. Cardenas*
Chabely Pimentel*
John Kiehl*
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
jsimon@mcdermottlaw.com
whaskel@mcdermottlaw.com
dtishyevich@mcdermottlaw.com
rnicholson@mcdermottlaw.com
jsong@mcdermottlaw.com
cincledon@mcdermottlaw.com
ccosillos@mcdermottlaw.com
cham@mcdermottlaw.com

dwasp@locklaw.com
samorbey@locklaw.com
dcwaller@locklaw.com
erittergordon@locklaw.com

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

acardenas@mcdermottlaw.com
cpimentel@mcdermottlaw.com
jkiehl@mcdermottlaw.com

*Admitted *Pro Hac Vice*

Jason D. Strabo (SBN 246426)
**McDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277-4110
Facsimile: (310) 277-4730
jstrabo@mcdermottlaw.com

*Attorneys for Defendants The Cigna Group (f/k/a Cigna Corporation) and Cigna Health and Life Insurance Company*

**CERTIFICATION OF SERVICE**

I hereby certify that on October 28, 2026, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send notice of the filing to counsel of record.

*/s/ Caroline Incledon*
Caroline Incledon