UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUZANNE KISTING-LEUNG, et al.,

Plaintiffs,

v.

CIGNA CORPORATION, et al.,

Defendants.

No. 2:23-cv-01477-DAD-KJN

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR AN ADDITIONAL EXTENSION OF TIME TO SUBMIT REQUEST TO SEAL

(Doc. No. 112)

On October 28, 2026, the parties filed a joint motion to allow plaintiffs to file a redacted version of their motion for class certification and to extend the deadline for defendants to file a notice of request to seal and submit their requests to seal. (Doc. No. 107.) On October 30, 2026, the court granted that motion. (Doc. No. 110.) On November 4, 2026, defendants filed the pending motion to extend the time to file a notice of request to seal and submit their request to seal to November 20, 2026. (Doc. No. 112.) Defendants represent that plaintiffs do not oppose the pending motion (*id.* at ¶ 9) and, to date, plaintiffs have not filed an opposition to defendants' motion.

In the pending motion, defendants explain that plaintiffs filed 77 exhibits in connection with their motion for class certification and all but four were filed under seal. (*Id.* at ¶ 5.)

Defendants further explain that "[t]he number of exhibits Plaintiffs included with their Motion was greater than Defendants anticipated when the Parties filed the Joint Motion." (*Id.*) According to defendants, "Given the number of exhibits and the necessity of multiple declarations, Defendants require additional time to prepare their Request to Seal Documents." (*Id.*) Moreover, defendants state that the requested extension will not alter any currently set deadlines for briefing on class certification. (*Id.* at ¶ 7.) Accordingly, the court finds good cause to extend defendants' time to file a notice of request to seal and submit their request to seal as requested in their motion.

For the reasons above, the court GRANTS defendants' motion for an extension of time to file a notice of request to seal and submit their request to seal (Doc. No. 112). Accordingly, defendants may file a notice of request to seal and submit their request to seal by no later than November 20, 2026.

IT IS SO ORDERED.

Dated: **November 9, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE